# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2025-0195**
Debra Ann Elizabeth Bishop v. State of Alabama (Appeal from Montgomery Circuit Court:  CC-22-1283)

## NOTICE

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk